Gregory J. Sanders, USB No. 2858
Patrick C. Burt. USB No. 11138
KIPP AND CHRISTIAN, P.C.
Attorney for Defendant Solacium Sunrise, LLC
10 Exchange Place, 4th Floor
Salt Lake City, Utah   84111
Telephone:   (801) 521-3773
gjsanders@kippandchristian.com
pburt@kippandchristian.com


## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTINA BOBEL, an heir of GRACE JAMES, deceased, | Case No. 2:10CV01222 TS |
| Plaintiff, | |
| vs. | **ANSWER OF SOLACIUM SUNRISE, LLC** |
| SOLACIUM SUNRISE, LLC a Residential Treatment Program, and JOHN & JANE DOES 1-10, | |
| | Magistrate Judge _____ |
| Defendants. | |

Defendants, by and through counsel, hereby answer the complaint of plaintiff as follows:

## FIRST DEFENSE

The following responses correspond numerically to the allegations of the complaint:

1.-2.    Admitted.

3.       Denied for insufficient information.

4.       Admitted.

5.       Jurisdiction is admitted.

6.       No response is required.

7.-13.   These allegations are denied except it is admitted at the time, place, and dates stated that there was a one vehicle automobile accident which occurred as a consequence of the driving negligence of the driver resulting in the death of Grace James.

14.      The responses to allegations numbered 1 through 13 are incorporated herein.

15.      Admitted.

16.-17.  Admitted that the negligence of the driver resulted in the accident and the death of Grace James.  The allegations are otherwise denied.

18.-19.  Admitted subject to discovery showing otherwise.

20.      Admitted so far as consistent with the law.

21.      The responses to allegations numbered 1 through 20 are incorporated herein.

22.      Admitted with respect to negligence.  The remainder of the allegation is denied.

23.-26.  The negligence of the driver is admitted and she was in the course and scope of her employment at time of the accident.  It is also admitted that Ms. James died as a result of the negligence.  The allegations are otherwise denied.

## SECOND DEFENSE

The fault of all parties, including non-parties, should be compared and allocated at trial.

## THIRD DEFENSE

The request for punitive damages under these circumstances is contrary to due process and constitutes unlawful punishment under the Eighth Amendment to the U.S. Constitution.

**WHEREFORE,** defendant admits this court should enter an award of reasonable damages to the heirs of Grace James, which damages should be determined at trial after consideration of the evidence allowable in such actions under law.

**DATED** this ___7th___ day of June, 2011.

KIPP AND CHRISTIAN, P.C.


_____
GREGORY J. SANDERS
Attorneys for Defendant Solacium Sunrise, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of June, 2011, I caused a true and correct copy of the foregoing **ANSWER OF SOLACIUM SUNRISE, LLC** to be e-filed through the United States District Court to the following:

> Robert B. Sykes
> Alyson E. Carter
> Scott E. Edgar
> Robert B. Sykes & Associates, P.C.
> 311 South State Street, Suite 240
> Salt Lake City, Utah 84111

F:\Greg\Solacium Holdings\Pleadings\Answer to Compliant.060711.wpd/cb