Gregory J. Sanders, USB No. 2858
Patrick C. Burt. USB No. 11138
KIPP AND CHRISTIAN, P.C.
Attorney for Defendant Solacium Sunrise, LLC
10 Exchange Place, 4th Floor
Salt Lake City, Utah   84111
Telephone:  (801) 521-3773
gjsanders@kippandchristian.com
pburt@kippandchristian.com

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTINA BOBEL, an heir of GRACE JAMES, deceased,  :<br><br>         Plaintiff,  :<br><br>vs.  :<br><br>SOLACIUM SUNRISE, LLC a Residential Treatment Program, and JOHN & JANE DOES 1-10,  :<br><br>         Defendants.  : | Case No. 2:10CV01222 TS<br><br>**STIPULATION OF DISMISSAL**<br><br>Magistrate Judge _____ |

   Plaintiff and defendant, by and through their respective counsel, hereby stipulate that this action may be dismissed, with prejudice.

   Each party shall bear their own costs and attorney fees incurred in connection with the prosecution and defense of the action.

**DATED** this 20th day of July, 2011.

                                            ROBERT B. SYKES & ASSOCIATES, P.C.

                                            /s/ Robert B. Sykes
                                        ROBERT B. SYKES
                                        Attorneys for Plaintiff

**DATED** this 20th day of June, 2011.

                                          KIPP AND CHRISTIAN, P.C.

                                          /s/ Gregory J. Sanders
                                        GREGORY J. SANDERS
                                        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2011, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** to be e-filed through the United States District Court to the following:

> Robert B. Sykes
> Alyson E. Carter
> Scott E. Edgar
> Robert B. Sykes & Associates, P.C.
> 311 South State Street, Suite 240
> Salt Lake City, Utah 84111

                                               /s/ Cheryl Browning

F:\Greg\Solacium Holdings\Pleadings\Dimiss Stipulation.062011.wpd/cb